TERESA A. McVICKER,
P.C., Appellant,

v.

John McHUGH, Secretary of
the Army, Appellee.

No. 2013–1125.

United States Court of Appeals,
Federal Circuit.

July 17, 2013.

Ralph C. Thomas, III, Barton, Baker, Thomas & Tolle, LLP, of McLean, Virginia, argued for appellant.

Domenique Kirchner, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With her on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

LOURIE, SCHALL, and REYNA, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.